**Order entered July 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01580-CV

**MICHAEL LODISPOTO, Appellant**

**V.**

**ADI RUVOLO, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-03660-2012**

## ORDER

The Court has before it appellant Michael Lodispoto's July 2, 2013 "Motion 29.6 of the Texas Rules of Appellate Procedure" in which appellant submitted an attached judgment for issuance. This Court issued a judgment in connection with this appeal. Accordingly, the motion is **DENIED.**

/s/    MOLLY FRANCIS
JUSTICE